**Form 208**[ODSM 341 ME/Dsm Ch7]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Craig Stephen Rogers and Wendy Gay Rogers

        Debtor(s).

Case No. 13−21433 WTT
Chapter 7

## ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−1 or 2003−1:

    A. Timely file pertinent pleadings or documents;
    B. Failed to attend the Meeting of Creditors;

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: June 26, 2013

*/s/ William T. Thurman*

United States Bankruptcy Judge   (12)

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 13-21433-WTT
Craig Stephen Rogers                                                    Chapter 7
Wendy Gay Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2           User: djf                  Page 1 of 3              Date Rcvd: Jun 26, 2013
                               Form ID: f208              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2013.
db/jdb         Craig Stephen Rogers,    Wendy Gay Rogers,    2516 E 2300 Cir,    Washington, UT 84780
8701654       #+8x8 Inc.,    810 W. Maude Ave.,    Sunnyvale, CA 94085-2910
8701655       +Bacal Law Group,    6991 East Camelback, Ste D-102,    Scottsdale, AZ 85251-2465
8701660       +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
8701659       +Carmax,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5942
8701661       +Chartis Global Recovery Services,    PO Box 3150,    Alpharetta, GA 30023-3150
8701662       +Clark Hill PLC,    500 Woodward Ave.,    Ste. 3500,    Detroit, MI 48226-3435
8749110       +Department of the Treasury,    Finance Management Service,    PO Box 830794,
                Birmingham, AL 35283-0794
8701665       ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,     1130 Northchase Parkway,
                Marietta, GA 30067)
8701664       +First Data Merchant,    5251 Westheimer Rd,    Houston, TX 77056-5412
8701667       +Frontier Recovery System,    560 E 200 N,    Roosevelt, UT 84066-3003
8701668       +Gallion Wilcox,    965 E. 700 S. #305,    Saint George, UT 84790-4086
8701669       +Honey's Market Place,    260 E 300 S,    Kanab, UT 84741-3600
8701670       +Humana,    PO Box 533,    Carol Stream, IL 60132-0533
8701671       +IndyMac Mortgage Services,    PO Box 78826,    Phoenix, AZ 85062-8826
8701673       +Kane County Assessor,    76 N Main St.,    Kanab, UT 84741-3211
8701675       #+Law Offices of Quinn M. Kofford,    43 North 470 West,    American Fork, UT 84003-2267
8701677       #+Mountain Land Collection,    483 W 50 N,    American Fork, UT 84003-2265
8749109       +Northern Leasing Systems, Inc,    PO Box 7861,    New York, NY 10116-7861
8701678       +OCWEN Loan Services,    PO Box 6440,    Carol Stream, IL 60197-6440
8701680       +RMS,    PO Box 280431,    East Hartford, CT 06128-0431
8701679       +Revenue Cycle Solutions,    2651 Warrenville Rd Ste 500,    Downers Grove, IL 60515-5559
8764796       +Rex and Ann Hilderman,    1385 Lindenwood Drive,    El Cajon, CA 92021-1125
8701681       +Southwest Surgical Associates,    1490 East Foremaster Dr. Ste 200,    Saint George, UT 84790-4496
8701682       +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
8701686       +Western Kane County,    PO Box 36,    Kanab, UT 84741-0036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: BASSASSOC.COM Jun 27 2013 00:53:00      Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
8701657       +E-mail/Text: banko@bonncoll.com Jun 27 2013 01:41:31       Bonneville Collections,    PO Box 150621,
               Ogden, UT 84415-0621
8701656       +E-mail/Text: banko@bonncoll.com Jun 27 2013 01:41:31       Bonneville Collections,
               1186 E. 4600 S. #100,    Ogden, UT 84403-4896
8701658       +EDI: CAPITALONE.COM Jun 27 2013 00:53:00      Capital One Bank,    PO Box 30281,
               Salt Lake City, UT 84130-0281
8741549       +EDI: BASSASSOC.COM Jun 27 2013 00:53:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
8701666       +EDI: FORD.COM Jun 27 2013 00:53:00      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
8838994        EDI: RECOVERYCORP.COM Jun 27 2013 00:53:00       GE Capital Retail Bank,
               Care of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
8701672       +EDI: IRS.COM Jun 27 2013 00:53:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
8701674       +E-mail/Text: bureauknight@yahoo.com Jun 27 2013 01:44:34       Knight Adjustment Bureau,
               404 East 4500 South #A-34,    Salt Lake City, UT 84107-2710
8701676       +E-mail/Text: rrichardson@macu.com Jun 27 2013 01:44:41       Mountain America,    180 E. 100 S.,
               Salt Lake City, UT 84139-1502
8701683        EDI: USBANKARS.COM Jun 27 2013 00:53:00      US Bank,    PO Box 5227,    Cincinnati, OH 45202
8701684       +EDI: UTAHTAXCOMM.COM Jun 27 2013 00:53:00      Utah State Tax Commission,    Attn Bankruptcy Unit,
               210 North 1950 West,    Salt Lake City, UT 84134-9000
8701685       +EDI: AFNIVZWIRE.COM Jun 27 2013 00:53:00      Verizon,    PO Box 660108,    Dallas, TX 75266-0108
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8701663        Edward J Prime,   PO Box 150624,    UT
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 1088-2          User: djf                  Page 2 of 3              Date Rcvd: Jun 26, 2013
                              Form ID: f208              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                          **Signature:**   *Joseph Speetjens*

```
District/off: 1088-2          User: djf                 Page 3 of 3                  Date Rcvd: Jun 26, 2013
                              Form ID: f208             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2013 at the address(es) listed below:

          Benjamin J. Mann    on behalf of Creditor    U.S. Bank National Association, as Trustee under
           Pooling and Servicing Agreement ben@halliday-watkins.com
          David C. West tr    davewest@infowest.com,    ut14@ecfcbis.com
          Kent W. x3Plott    on behalf of Creditor    OneWest Bank, FSB ecfmaildistgroup@lundbergfirm.com,
           lundbergbk@gmail.com
          Martin  Wright    on behalf of Joint Debtor Wendy Gay Rogers mswlawfirm@yahoo.com
          Martin  Wright    on behalf of Debtor Craig Stephen Rogers mswlawfirm@yahoo.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                TOTAL: 7